AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                 ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum 10 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
▶ ROBERT LEE COLLINS III

**DISTRICT COURT NUMBER**
CR 08-0032 CW

FILED
JAN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVIES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DEREK BUTTS, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
California Dept. of Corrections and Rehabilitation

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

E-filing

---

UNITED STATES OF AMERICA,

V.

CR08-0032 CW

ROBERT LEE COLLINS III,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

---

FILED
2008 JAN 24 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

A true bill.

_____ Foreman

Filed in open court this __24th__ day of

___January 2008___

_____ Clerk

Bail, $ _____

No bail warrant

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED
2008 JAN 24 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LEE COLLINS III, <br><br> Defendant. | No. CR08-0032 CW <br><br> VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about December 9, 2007, in the Northern District of California, the defendant,

ROBERT LEE COLLINS III,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as an Astra model #A-100, 9mm semi-automatic pistol, serial number 1449C, in and affecting commerce, and did knowingly possess approximately 17 rounds of R-P Luger 9mm ammunition manufactured by Winchester

INDICTMENT

for Remington, in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

DATED:     January 24, 2008            A TRUE BILL.

                                        _____
                                        FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney


_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
                       SAUSA BUTTS

INDICTMENT