1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DEREK R. BUTTS (CASBN 172207)
   Special Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3771
7      FAX: (510) 637-3724
       doug.sprague@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
FEB 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-0032 CW |
| Plaintiff, | |
| v. | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ROBERT LEE COLLINS, III, | |
| Defendant. | |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court of Northern California:

The petition of Derek R. Butts, Special Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ROBERT LEE COLLINS, III, whose place of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0032 CW

1  your petitioner avers that the prisoner is required in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  DATED: February 6, 2008                Respectfully submitted,
5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
6
7                                         _____/s/_____
                                          DEREK R. BUTTS
8                                         Special Assistant United States Attorney
9
10
11 SO ORDERED:
12 DATED: February ___, 2008
13                                        HONORABLE MARIA-ELENA JAMES
                                          United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0032 CW

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of San Quentin Prison, San Quentin, California:

## GREETINGS

WE COMMAND that you have and produce the body of **ROBERT LEE COLLINS, III,** date of birth 08/16/1974, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **February 20, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable **Maria-Elena James**, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: February 7, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____ BRENDA TOLBERT
DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0032 CW