UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 3/12/08

**Plaintiff:** United States

**v.**                                                  **No.** CR-08-00032 CW

**Defendant:** Robert Lee Collins, III (present - in custody)

**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting (initial app.)**

**Notes:**    This was the defendant's first appearance before District Judge.  Defense received discovery on 3/6 and has gone over it; there is some prior criminal history to investigate and get records.  **Case continued to 4/2/08 at 2:00 p.m. for disposition or trial setting or motions setting.**  Time excluded for effective preparation.

Copies to: Chambers