UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/2/08**

**Plaintiff:**  United States

**v.**                                                       **No.**  CR-08-00032 CW

**Defendant:**  Robert Lee Collins, III (present - in custody)

**Appearances for Plaintiff:**
Doug Sprague for Derek Butts

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

    **Hearing:  Trial Setting or Motions Setting or Disposition**

**Notes:**     Defense counsel is researching criminal history and gathering records; defense counsel does not believe there will be motions.  Government needs to get records ASAP.  **Case continued to 4/23/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Defense counsel to know by 4/23 if he will be filing motions.  Time excluded for effective preparation.

Copies to: Chambers