1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant COLLINS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   No. CR-08-00032 CW
11                                      )
                        Plaintiff,      )   **STIPULATION AND ORDER**
12                                      )   **CONTINUING STATUS HEARING**
   vs.                                  )
13                                      )   Hearing Date: April 23, 2008
   ROBERT LEE COLLINS, III              )   Requested Date: May 14, 2008
14                                      )
                        Defendant.      )
15 _____)

16

17      It is hereby stipulated that the STATUS hearing date of April 23, 2008 be continued to

18 May 14, 2008 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

19 excluded between April 23, 2008 until May 14, 2008 because the Federal Public Defender has

20 reassigned this case to new defense counsel.  New counsel was assigned this case one week ago

21 and needs time to both review the discovery and to meet with Mr. Collins.  This discovery

22 review will include new discovery that was produced by the government concerning Mr. Collins'

23 prior convictions.

24      The parties agree that the ends of justice served by the continuance requested herein

25 outweigh the best interest of the public and the defendant in a speedy trial because the failure to

26 grant the continuance would deny counsel for the defendant the reasonable time necessary for

Stip to Continue, 08-00032 CW                1

1  effective preparation, taking into account the exercise of due diligence. Time should therefore

2  be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

3  April 21, 2008                                           /s/
   Date                                                     ANGELA M. HANSEN
4                                                           Assistant Federal Public Defender
                                                            Counsel for defendant Collins

6  April 21, 2008                                           /s/
   Date                                                     DEREK BUTTS
7                                                           Special Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
9  within this efiled document.                /S/ ANGELA M. HANSEN
                                                Counsel for Defendant Collins

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the Federal Public Defender has reassigned this case to new counsel and Mr. Collins' new counsel needs time to review the discovery and to meet with the client.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of April 23, 2008 be continued to May 14, 2008 at 2:00 p.m. and that time be excluded from April 23, 2008 to May 14, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

4/22/08                                                     [signature: Claudia Wilken]

Date                                                        HON. CLAUDIA WILKEN
                                                            United States District Judge