BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                      Plaintiff,            )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>ROBERT LEE COLLINS, III             )<br>                                                              )<br>                     Defendant.         )<br>_____) | No. CR-08-00032 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**<br><br>Hearing Date: May 14, 2008<br>Requested Date: June 11, 2008 |

It is hereby stipulated that the STATUS hearing date of May 14, 2008 be continued to June 11, 2008 at 2:00 p.m.   The parties further stipulate and agree that time should be excluded between May 14, 2008 until June 11, 2008 because the Federal Public Defender recently reassigned this case to new defense counsel and new counsel needs additional time to review the discovery in this case and to meet with Mr. Collins.  In addition, the parties are discussing a possible disposition of this matter and defense counsel needs more time to research and to determine Mr. Collins' sentencing guidelines.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for

1 effective preparation, taking into account the exercise of due diligence.  Time should therefore be
2 excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

3 May 12, 2008                                          /s/
  Date                                                     ANGELA M. HANSEN
4                                                          Assistant Federal Public Defender
                                                           Counsel for defendant Collins

6 May 12, 2008                                          /s/
  Date                                                     DEREK BUTTS
7                                                          Special Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
9 within this efiled document.             /S/ ANGELA M. HANSEN
                                                           Counsel for Defendant

11 **ORDER**

12 Based on the reasons provided in the stipulation of the parties above, the Court hereby
13 finds that the ends of justice served by the continuance requested herein outweigh the best
14 interest of the public and the defendant in a speedy trial because the failure to grant the
15 continuance would deny the counsel for the defendant the reasonable time necessary for effective
16 preparation, taking into account the exercise of due diligence.  The Court makes this finding
17 because the Federal Public Defender recently reassigned this case to new counsel and counsel
18 needs additional time to review the discovery and to research and calculate the defendant's
19 sentencing guidelines before a negotiated disposition can be reached in this case.

20 Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
21 May 14, 2008 be continued to June 11, 2008 at 2:00 p.m. and that time be excluded from May
22 14, 2008 to June 11, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).
23 IT IS SO ORDERED.

25 _____                              _____
   Date                                                     HON. CLAUDIA WILKEN
26                                                          United States District Judge

Stip to Continue, 08-00032 CW                              2