BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00032 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| vs. ) | |
| ) | Hearing Date: June 11, 2008 |
| ROBERT LEE COLLINS, III ) | Requested Date: June 25, 2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

    It is hereby stipulated that the STATUS hearing date of June 11, 2008 be continued to June 25, 2008 at 2:00 p.m. The parties further stipulate and agree that time should be excluded between June 11, 2008 until June 25, 2008 because counsel for Mr. Collins needs additional time to investigate this case and to meet with Mr. Collins about his options. In addition, the parties are discussing a possible disposition of this matter and defense counsel needs more time to research and to determine Mr. Collins' sentencing guidelines.

    The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore

1  be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

2  June 10, 2008                              /s/
   Date                                       ANGELA M. HANSEN
3                                             Assistant Federal Public Defender
                                              Counsel for defendant Collins
4

5  June 10, 2008                              /s/
   Date                                       DEREK BUTTS
6                                             Special Assistant United States Attorney

7
       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
8  within this efiled document.          /S/ ANGELA M. HANSEN

Stip to Continue, 08-00032 CW                 2

1 **ORDER**

2 Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and the defendant in a speedy trial because the failure to grant the
5 continuance would deny the counsel for the defendant the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  The Court makes this finding
7 because counsel for Mr. Collins needs additional time to review the discovery and to research
8 and calculate the defendant's sentencing guidelines before a negotiated disposition can be
9 reached in this case.

10 Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
11 June 11, 2008 be continued to June 25, 2008 at 2:00 p.m. and that time be excluded from June
12 11, 2008 to June 25, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

13 IT IS SO ORDERED.

14 6/10/08

15 _____     _____
Date                                                                     HON. CLAUDIA WILKEN
16                                                                              United States District Judge