UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/25/08

**Plaintiff:** United States

**v.**                                                                      **No.** CR-08-00032 CW

**Defendant:** Robert Lee Collins (present - in custody)


**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


      **Hearing:** Disposition or Motions Setting or Trial Setting

**Notes:**     Defense has received offer from government. **Case continued to 7/9/08 at 2:00 p.m. for disposition or trial setting.** Defense will have no motions to file. Time excluded for effective preparation, continuity of counsel and submission of draft plea to Court.

Copies to: Chambers