UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____ CR-08-00032 CW_____

Defendant's Name _____ Robert Lee Collins III_____

Defense Counsel _____ Angela Hansen AFPD_____

Referral Date _____ 7/9/08_____

Sentencing Date _____ 9/24/08_____ @ 2:00 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____ SHEILAH CAHILL_____
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

cc: U. S. Probation

*FILED JUL - 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*