UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/9/08

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00032 CW

**Defendant:** Robert Lee Colins, III (present - in custody)

**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Change of Plea**

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Count One of the Indictment charging felon in possession of a firearm and ammunition in violation of 18 USC 922(g). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 9/24/08 at 2:00 p.m.**

Copies to: Chambers; probation