IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT LEE COLLINS, III,

    Defendant.
_____/

No. CR 08-00032 CW

CLERK'S NOTICE
CONTINUING HEARING

    Notice is hereby given that the sentencing, previously set for September 24, 2008, is continued to **October 1, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 9/3/08

                                  *Sheilah Cahill*
                                  SHEILAH CAHILL
                                  Deputy Clerk

cc: U.S. Probation
    U.S. Marshal