IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LEE COLLINS,<br><br>　　　　Defendant. | Case No. 08-cr-00032 CW<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO RECALL ARREST WARRANT**<br><br>(Re: Dkt. No. 57) |

　　　On April 20, 2022, Defendant Robert Lee Collins filed, *in propria persona*, a motion to recall an arrest warrant issued on July 5, 2018, in connection with alleged violations of the terms of his supervised release. Docket No. 57.

　　　The government and Probation each shall file a response to the motion within fourteen days of the date this order is filed, and Defendant may file a reply within seven days thereafter.

　　　IT IS SO ORDERED.

Dated: 4/25/2022

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge